Your Honor and Audience Members,

As I stand before you today, I am filled with a mix of emotions – remorse, gratitude, and determination. I want to take this opportunity to share my story with you, to offer insight into the journey that has brought me to this moment, and to express my heartfelt appreciation for your support and understanding.

First and foremost, I want to acknowledge the gravity of the situation I find myself in. It is unlike anything I have ever faced before, and it is a stark reminder of the consequences of addiction and poor judgment. I want to assure you that I do not take this lightly, and I am committed to accepting responsibility for my actions.

My journey began as a proud veteran of the United States Navy, serving my country with honor and dedication. I completed three deployments, including one in the United Arab Emirates and two in the Persian Gulf, where I witnessed firsthand the sacrifices made by our service members. These experiences shaped me in profound ways, instilling in me a sense of duty, camaraderie, and resilience.

However, despite my service and accomplishments, I have grappled with the disease of addiction, compounded by untreated PTSD and anxiety. It was a silent battle that consumed me, clouding my judgment and leading me down a path of self-destruction. I want to emphasize that addiction does not discriminate – it can affect anyone, regardless of their background or experiences.

For too long, I struggled in silence, afraid to confront the demons that haunted me. But today, I stand before you with 343 days of sobriety, a testament to my courage, resilience, and determination to reclaim my life. Each day has been a battle, but it has also been a victory – a step forward on the path to redemption and healing.

As I stand before you today, I am reminded of the oath I once took to defend the freedom of my beloved country, the United States of America. That same sense of duty and honor now compels me to fight for my own freedom from the grip of addiction.

In this moment, I am filled with determination and hope for the future. I refuse to let my past define me, and I am committed to creating a life that is rooted in happiness, stability, and wellness. My journey has been marked by both darkness and light, but through it all, I remain resolute in my belief that better days lie ahead.

I want to express my deepest regret for the pain and suffering I have caused, both to myself and to others. I take full responsibility for my actions, and I am committed to making amends and rebuilding trust.

As I look to the future, I am filled with hope and optimism. I am determined to turn this setback into an opportunity for growth and transformation. I hope that my story will serve as a beacon of hope for those who are currently struggling with addiction, to be a source of inspiration and encouragement, and to make a positive impact in my community.

In closing, I want to thank you for your understanding, compassion, and support. I am grateful for the support of my lawyer, Pre-Trial services, the VA, the Vet Center, and all those who have stood by me during this challenging time. Your unwavering support here today means more to me than words can express. I believe that by sharing our experiences and supporting one another, we can overcome any obstacle and build a brighter, healthier future for ourselves and our communities. I will overcome the challenges that lie ahead and emerge stronger, wiser, and more resilient than ever before.

Thank you for your time, your support, your encouragement, and your belief in me.


With heartfelt gratitude,

Dany Morfin

The Honorable Cathy Ann Bencivengo
United States District Court
Southern District of California

March 12, 2024

Re: United States of America vs. Dany Morfin, Docket No.: 3:23CR00838-001-CAB

Dear Judge Bencivengo,

I am writing this letter to you under the most humbling circumstances, acutely aware of the gravity of the situation that brings me before you. It is with a heavy heart and profound regret that I find myself in this position.

I want to express my sincere gratitude for the opportunity to address the court directly, and I am deeply appreciative of your attentiveness as I share my thoughts and reflections. Your impartiality and dedication to upholding the principles of justice serve as a beacon of hope during this challenging time.

I am fully cognizant of the seriousness of the charges against me and the impact of my actions. I take full responsibility for my conduct and understand the consequences that may follow. However, I also hope to convey to you the depth of my remorse and the sincere commitment I have towards rehabilitation and redemption.

As a proud veteran of the United States Navy, I never imagined myself in a situation like this. It is my first encounter with the legal system of this magnitude, and it is a stark reminder of the consequences of my actions. I want to emphasize that this moment does not define me or my values. It is a reflection of the challenges I have faced, particularly in my struggle with addiction.

During my time in service, I completed three back-to-back deployments, including one in the United Arab Emirates and two in the Persian Gulf aboard USS Mobile Bay. These experiences instilled in me a profound sense of duty, honor, and commitment to serving my country. I am immensely proud of my service and the accomplishments I achieved, including being named Sailor of the Year for my command and the entire base, two years in a row within my first three years of service.

However, despite my dedication to my country and my fellow service members, I have battled with the disease of addiction, worsened by untreated PTSD and anxiety stemming from my military service. My judgment became clouded, leading me to turn to substance abuse as a coping mechanism. I want to acknowledge that my actions have caused distress, both to myself and potentially to others, and I take full responsibility for the suffering I have caused.

Throughout my life, I have strived to uphold the values of honesty, integrity, and service to others. My upbringing, my military service, and my personal beliefs have all shaped the person I

am today. While I have faltered and made mistakes, I am determined to learn from them and emerge from this experience as a better individual.

Today, as I write to you, I reflect on 340 days of sobriety, a milestone that fills me with immense pride. This achievement stands as a testament to my unwavering dedication to recovery and my resolute commitment to lead a life defined by purpose and stability. I want to assure you that I am actively taking steps to address my addiction and prioritize my mental health and well-being.

In this crucial moment, I stand resolute and unwavering, despite the trials and tribulations I've faced. I am determined to forge a life that embodies my core values, prioritizes my mental well-being, and serves as a beacon of hope for others navigating the journey towards recovery. My path to healing has been marked by both adversity and triumph, yet through it all, I remain steadfast in my commitment to forging a life of meaning and fulfillment.

As I bring this letter to a close, I am compelled to reflect on a profound truth that has guided me through the darkest moments of my journey. I once fought for our country's freedom, raising my right hand and taking an oath that I hold dear to my heart. Today, I find myself engaged in a different battle, one for my own liberation from the clutches of addiction.

I come before you not seeking pity, but rather understanding and compassion. I humbly request the opportunity to demonstrate my remorse and my dedication to making amends. I am committed to completing any necessary rehabilitative programs and complying with any conditions imposed by the court.

Your Honor, I extend my sincerest apologies for any harm or inconvenience my actions may have caused. I assure you that I am taking this matter seriously, and I am prepared to accept the consequences with dignity and humility. With hope in your wisdom and discernment, I trust that a fair and just resolution can be achieved, and with your guidance and leniency, I am hopeful that I can continue on the path to redemption and contribute positively to my community.

Thank you once again for your time and consideration. I await your decision with respect and humility.


Sincerely,

*[signature]*

Dany Morfin

## Department of Veterans Affairs
## Readjustment Counseling Service
## San Diego Vet Center

2790 Truxtun Road, Suite 130
San Diego, CA 92106
(858) 642-1500
Fax: (619) 294-2535

3/11/2024

Dear Judge Bencivengo,

This letter is in reference to Morfin, Dany (xxx-xx-4680).  Veteran applied for services through the San Diego Vet Center (SDVC) on 11/21/2023 and has been assigned to this counselor for individual counseling. He attended his first session on 11/21/2023 and has been attending scheduled sessions consistently to date. Most recent session attended was on 3/7/2024.

Veteran has served honorably in the U.S. Navy from 2007 to 2012, deploying twice to areas of hostility. He made sailor of the year for his command twice in his first two years in the Navy and achieved the rank of E-5. It is not uncommon for Veterans who have survived abuse or have experienced traumatic events to self-medicate. Individuals with chronic posttraumatic stress disorder (PTSD) and/or anxiety have high rates of comorbid alcohol and substance use disorders. Alcohol use is pervasive in military culture and is a socially acceptable way of letting off steam. Unfortunately, many Veterans become dependent on alcohol and/or drugs both physically because of the progressive nature of substance use and mentally to cope with emotional pain, as is the case with Mr. Morfin.

Veteran has been highly engaged in his treatment at the SDVC. He makes excellent use of his time in sessions. Initial sessions were a history taking to understand his family dynamics and environment growing up and to explore the timeline of traumatic events that have occurred in childhood and during his military career. He also participates in a weekly outpatient group in the Alcohol and Drug Treatment Program through the San Diego VA Medical Center.

There is a saying in the 12-step community that "grateful doesn't relapse" or "a grateful heart doesn't sink". Mr. Morfin has demonstrated gratitude throughout his treatment. His grateful attitude has allowed him to successfully navigate the ups and downs of early recovery. He has focused on what is going well in his life rather than the negative. Today, Mr. Morfin celebrates 339 days of abstinence from any substance use.

Acceptance of one's circumstances can be painful but is necessary to achieve lasting recovery. Relinquishing control, recognizing limitations, and accepting reality as it is, is something many Veterans struggle with while in treatment. Mr. Morfin, however, has demonstrated acceptance of his addiction to methamphetamine and acceptance of life on life's terms throughout his treatment with the VA. This acceptance is also what has allowed him to traverse through challenging and stressful events, such as homelessness, financial instability, education, struggling with mental health issues and facing his legal issues. His acceptance over these life issues, his faith, and his belief that he can get himself through these hardships has allowed him to navigate these issues without needing or wanting to use drugs.

Mr. Morfin has found a way to continue to be in service of others and give back to his Veteran community. He has drafted a plan for an organization that he would like to build from the ground up

that creates a safe space for Veterans and civilians to come together for the common goal of physical fitness and mental and spiritual wellness. He also shares his experience, strength and hope with others in his 12-step meetings, which takes great courage, authenticity and a willingness to be vulnerable.

Veteran will continue to attend one-hour sessions, every other week, at the SDVC. History taking and assessment have been completed and treatment goals have been solidified. Veteran's symptomology and needs will determine additional interventions and course of care.

Treatment Plan will likely include:

- Target specific trauma, possibly utilizing EMDR to decrease symptoms of PTSD.
- Build and maintain relapse prevention skills/strategies.
- Learning to establish and maintain healthy boundaries with others.
- Engage Whole Health components to increase physical, mental, and spiritual health and increase resiliency.

Prior to working with Veterans at the VA and at the SDVC, I worked for over five years at an effective and revered residential alcohol and drug treatment program for Veterans as an intake coordinator, case manager, mental health therapist and assessment specialist. I have also worked for two years in the diversion courts as a mental health clinician for the Office of the Primary Public Defender. I have assessed many applicants for treatment programs and have walked beside many clients in their journey of recovery from their substance use and co-occurring mental health issues. It is my professional opinion that Mr. Morfin is motivated to continue his recovery and is motivated to continue to reevaluate what is important to him, continue to align himself with those values and continue to build a life that is meaningful to him.

I ask the court to reflect Mr. Morfin's accomplishments in his journey of recovery when considering sentencing. Probation as opposed to incarceration would allow Mr. Morfin to continue his course of treatment and demonstrate to the court his resolve to be an asset to his community and a man of good character.

I can be reached by phone or email if you require additional information.

Respectfully,

Danielle Willenborg, LCSW
Director, San Diego Vet Center
(858) 642-1500
Danielle.Willenborg@va.gov
2790 Truxtun Road, Suite 130
San Diego, CA 92106